UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| HAWK TECHNOLOGY SYSYEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:16-CV-678-JHM |
| | ) | |
| LOUISVILLE ARENA AUTHORITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL *WITH PREJUDICE*

Upon stipulation of the parties pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Hawk Technology Systems, LLC ("Hawk") and Defendant, Louisville Arena Authority, Inc. ("LAA") have agreed to a dismissal *with prejudice* of this action.

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.  **IT IS HEREBY ORDERED AND ADJUDGED** that all claims of Plaintiff Hawk against Defendant LAA are hereby DISMISSED in their entirety WITH PREJUDICE; and

2.  **IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that all claims of Defendant/Counterclaim Plaintiff LAA against Plaintiff/Counterclaim Defendant Hawk are hereby DISMISSED in their entirety WITH PREJUDICE.

3.  The parties shall be responsible for the respective costs and expenses incurred herein.

*Joseph H. McKinley*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

February 8, 2018